**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

STEVEN C. SPRINGER,

    Plaintiff,

v.                                                       CASE NO. 1:10cv246-MP-WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 7, 2011. (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The decision of the Commissioner to deny Plaintiff's application for Social Security benefits for the period before October 26, 2008, is affirmed.

    **DONE and ORDERED** this 10th day of November, 2011.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**